**Opinion issued December 3, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00712-CV

———————————

### IN RE DIOGU KALU DIOGU II, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

In this original proceeding, Diogu Kalu Diogu II requests mandamus relief from two trial court orders dated July 10, 2014 and June 25, 2015 that awarded sanctions against him.[1]

We deny the petition for writ of mandamus.

---

[1] The underlying case is *Diogu Kalu Diogu II v. Yaowapa Ratan-Aporn*, cause number 13-DCV-204732, pending in the 505th District Court of Fort Bend County, Texas, the Honorable David Perwin presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Brown.